Submitted on remand from Supreme Court October 27, former
opinion adhered to November 24, petition for rehearing
denied December 20, 1972, petition for review
denied January 30, 1973

STATE OF OREGON, *Respondent, v.*
PETE ACHZIGER, *Appellant.*

502 P2d 1162

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

PER CURIAM.

This case was originally argued and submitted
before this panel of this court on April 17, 1972. An
opinion was issued May 18, 1972, affirming the de-
fendant's conviction of voluntary manslaughter. *State
v. Achziger,* 10 Or App 198, 497 P2d 383 (1972). Only
two of the members of the panel that heard the oral
argument participated in making that decision.

On review the Oregon Supreme Court held that
ORS 2.570(4) requires that three judges of this court
always participate in the decision of any case. *State v.
Fry Roofing Co.,* 263 Or 300, 502 P2d 253 (October 27,
1972).

In accordance with the Supreme Court's instruc-
tions on remand, all of the members of this panel have
reviewed the issues originally presented on appeal.
We unanimously adhere to the former opinion issued
May 18, 1972.